**Gerald D. HOOPER,
Plaintiff/Appellant,**

v.

**NORFOLK & WESTERN RAILWAY
COMPANY, Defendant/Respondent.**

No. ED 75204.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 14, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 14, 2000.

Application for Transfer Denied
April 25, 2000.

John T. Papa, Granite City, IL, James
P. Holloran, St. Louis, for appellant.

Dan H. Ball, James W. Erwin, Thompson Coburn LLP, St. Louis, for respondent.

Before PAUL J. SIMON, P.J., and
JAMES R. DOWD and LAWRENCE E.
MOONEY, JJ.

### ORDER

PER CURIAM.

Gerald Hooper appeals a judgment in the amount of $62,000.00 entered on a jury verdict in his favor on his claim for personal injuries against Norfolk & Western Railway Company pursuant to Federal Employers' Liability Act, 45 U.S.C. Section 51.

We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. As an extended opinion would have no precedential value,

we affirm the judgment pursuant to Rule 84.16(b).